## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Gregory Kelly, a Special Agent with Homeland Security Investigations, being

duly sworn, depose and state as follows:

### INTRODUCTION

1.      I have been employed as a Special Agent (SA) of the U.S. Department of

Homeland Security, Homeland Security Investigations (HSI) since 2007, and am

currently assigned to the HSI Bangor, Maine office.  Since approximately May 2010, I

have been assigned to conduct investigations of crimes where computers and the Internet

are used in the sexual exploitation of children.  I have gained experience through training

in seminars, classes, and daily work related to conducting these types of investigations.

Specifically, I have received formal training through HSI and other agencies regarding

child pornography, collectors of child pornography and obscene material, and Internet

crimes.  I have participated in the execution of numerous search warrants, of which the

majority has involved child exploitation and/or child pornography offenses.  Many of the

child exploitation and/or child pornography search warrants resulted in the seizure of

computers, cell phones, electronic media, and other items evidencing violations of federal

laws.  I have participated in the execution of numerous search warrants for online

accounts, such as email accounts, online storage accounts and other online

communication accounts related to child exploitation and/or child pornography.  I have

also participated in numerous arrests and interviews of subjects involved with child

1

exploitation and/or child pornography and have had the opportunity to observe and review thousands of examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media.

2.      As a federal agent, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

3.      This affidavit is submitted in support of an application for a search warrant to extract the data from 9 zip files[1] (more fully described in Attachment A of this Affidavit) and view the files contained therein.  The contents of the zip files were distributed via MEGA link by an email account associated with Christopher Raiche.  The zip files were provided to HSI Bangor, Maine by the New Zealand Department of Internal Affairs who received them from MEGA Limited.  The files to be viewed are described in the following paragraphs and in Attachment A.  I will review these files listed in Attachment A to locate the information described in Attachment B.

4.      The facts set forth in this affidavit are based on my personal knowledge, information obtained during my participation in this investigation, information from others, including law enforcement officers, my review of documents and computer records related to this investigation, and information gained through my training and experience.  Based on this training and experience, there is probable cause to believe that

---

[1] A zip file is a computer file whose contents of one or more files are compressed for storage or transmission, often carrying the file extension .ZIP

located within the items described in Attachment A, there are items described in Attachment B, being contraband and evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Sections 2252A(a)(5)(B) (possession of child pornography), 2252A(a)(1) (transportation of child pornography), 2252A(a)(2)(A) (distribution of child pornography), and 2252A(a)(3)(B) (pandering, advertising, and solicitation of child pornography).

## JURISDICTION

5.      This court has jurisdiction to issue the requested warrant. The zip files are currently in the possession of Homeland Security Investigations in Bangor, Maine.

## STATUTORY AUTHORITY

6.      As noted above, this investigation concerns alleged violations of the following:

a.      Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1) prohibits a person from knowingly receiving or distributing, or attempting or conspiring to receive or distribute, any child pornography or any material that contains child pornography, as defined in 18 U.S.C. § 2256(8), that has been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

3

b.      Title 18, United States Code, Section 2252A(a)(1) and (b)(1) prohibits a person from knowingly mailing or transporting or shipping any child pornography using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer.

c.      Title 18, United States Code, Section 2252A(a)(3)(B) and (b)(1) prohibits a person from knowingly advertising, promoting, presenting, distributing, or soliciting through the mail, or using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, any material or purported material in a manner that reflects the belief, or that is intended to cause another to believe, that the material or purported material is, or contains an obscene visual depiction of a minor engaging in sexually explicit conduct or a visual depiction of an actual minor engaging in sexually explicit conduct.

d.      Title 18 United States Code, Section 2252A(a)(5)(B) and (b)(2) prohibits a person from knowingly possessing or knowingly accessing with intent to view, any material that contains an image of child pornography, as defined in 18 U.S.C. § 2256(8), that has been mailed or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using

materials that have been mailed or shipped or transported in or affecting interstate

or foreign commerce by any means, including by computer.

## BACKGROUND ON MEGA LIMITED

7.     MEGA is a cloud storage and file hosting service produced by MEGA

Limited based in New Zealand.  MEGA is known for its security feature where all files

are end-to-end encrypted locally before they are uploaded which prevents anyone,

including MEGA, from accessing the files without knowledge of the passkey used for

encryption.  Users can create links to files within their MEGA account and provide these

links to others in order to share files.  MEGA is able to access and can provide link

content provided there is a public link available.

## PROBABLE CAUSE

8.     On October 16, 2019, the National Center for Missing and Exploited

Children (NCMEC) received a complaint from Oath Holdings, Inc., the parent company

of Yahoo!, who reported that on October 14, 2019 at 13:41 UTC one of its users had

uploaded 270 images and videos which depicted the sexual exploitation and/or abuse of

children using the Yahoo! username, "likethemyoung@yahoo.com".  NCMEC

subsequently referred the complaint, referred to by NCMEC as a "CyberTip", to the

Maine State Police Computer Crimes Unit (MSP).  The CyberTip contained the 270

suspected child pornography files and identified the Internet Protocol (IP) address last

used to login to the "likethemyoung@yahoo.com" account.  The CyberTip also identified the phone number associated with the account as 207-313-1424

9.     The MSP investigated the IP address and learned it was registered to T-Mobile USA.  Information received from T-Mobile USA showed that the IP address had been assigned to the cell phone subscribed to by Christopher Raiche of 57 Hill Top Drive in Skowhegan, Maine on the date and time it was used to login to the "likethemyoung@yahoo.com"  account.  The T-Mobile records showed Raiche's phone number as 207-313-1424.

10.    On October 18, 2019, based on the above information, MSP Special Agent (SA) Jason Bosco applied for a residential search warrant for the Raiche residence seeking evidence of the possession of child pornography.  District Court Judge Cynthia Montgomery reviewed and authorized the search and seizure warrant for 57 Hill Top Drive in Skowhegan, Maine the same day.

11.    On October 18, 2019, personnel from the MSP and I executed the state search warrant at the Raiche residence.  Raiche was not home.  After viewing the interior of the residence, SA Bosco suspected that some of the child pornographic images uploaded to the Yahoo! account had been taken in the living room.

12.    Investigators determined that Raiche was likely working so SA Bosco and I traveled to his place of employment to speak with him.  Raiche agreed to speak with investigators and admitted to creating and using the email account,

"likethemyoung@yahoo.com", to access and view child pornography. Raiche also admitted that he had most recently used his phone to do so on October 14, 2019. Raiche denied using cloud storage to store child pornography files.

13.     While speaking with Raiche, SA Bosco and I showed him the child pornography files reported by NCMEC. Raiche stated that he recognized them and agreed that they were from his "likethemyoung" Yahoo! account. SA Bosco also showed Raiche the photos which investigators suspected Raiche had taken and he admitted to taking sexually explicit photos of four children, ranging from 3 to 9 years of age, and identified several of the children by their age while reviewing the pictures, to include one child he referred to as "the 6-year-old". I viewed pictures depicting the "6-year-old" and noted one to be a color photograph depicting a close-up of the vulva of a prepubescent girl with someone's finger pulling the child's vulva to spread it apart. I viewed another picture depicting the "6-year-old" and noted it was a color photograph depicting a prepubescent girl, naked from the waist down, lying on her back with her vulva the central focus of the photograph. Raiche admitted that he gained access to these children while babysitting them and stated that he took some of the sexually explicit photos at his house in Skowhegan and that he took some of the photos at the home of a friend in Clinton, Maine. Raiche denied taking sexually explicit pictures of any other children. Follow-up investigation has revealed that Raiche took sexually explicit photos of at least six additional children while babysitting them.

14.     On October 22, 2019, SA Bosco applied for and was granted a state of Maine search warrant for the contents of the "likethemyoung@yahoo.com" account and served it upon Yahoo! the same day.

15.     On November 7, 2019, Yahoo! provided the requested records to SA Bosco.

16.     On November 8, 2019, SA Bosco provided me a copy of the Yahoo! search warrant results, which I reviewed and noted there were emails that identified the user of the account as "Christopher Raiche".  I also noted this email account was almost entirely devoted to the trading of child pornography and to meeting adults for sex.  I noted approximately 270 child pornography files had been sent and/or received as email attachments to/from this account and recognized children Raiche babysat in approximately 59 of these files.  Many of these files, to include files produced by Raiche, were sent or received as email attachments on multiple dates and times to various users.

17.     On August 25, 2019, Raiche received an email from "Screenname 1"[2] as part of ongoing correspondence between the two where they frequently discussed their sexual interest in children and the types of child pornography files they preferred.  Three videos were attached to this email that I viewed and believe to be child pornography. Two of the videos depicted prepubescent females forced to perform oral sex on adult

---

[2]  The actual screenname has been substituted with "Screenname 1" to preserve the integrity of an ongoing investigation.  This naming convention will continue for subsequently referenced screennames.

males and one video depicted an adult female performing oral sex on a prepubescent boy. In the body of the email, "Screenname 1" wrote, "Again bud really sorry about your loss hope things get better for you…same as yourself I apologise [*sic*] if you get same videos can't remember what you have or what you sent me so may get same again…loved the really young stuff you sent if you have any more"

18.     On August 26, 2019, Raiche responded to the email "Screenname 1" sent him and wrote, "Thanks again man. It means a lot. And I also really like the young stuff too. Stuff you sent me in the last message is perfect age but really do like seeing their pussy as well. So if you have any more stuff that shows very young pussy would love to see it :) Also, any more fun times with the girl you babysit? Would love to see it if there is".  Raiche attached three videos to this email which I viewed and believe to be child pornography.  One of the videos is entitled, "PTHC- Toddler Girl – Babysitting Tutorial – Big Cock Fucking a Little Pussy – 01m00s(1).3gp", and depicts a prepubescent girl, approximately 2 or 3 years of age, being sexually assaulted by an adult male.  The child is lying on her back naked and can be heard crying while an adult male forces his erect penis into the child's vagina (screen-captures from this video are attached as Exhibit 1).

19.     While reviewing the contents of the account, I noted Raiche claimed to have a MEGA account and that he sent out at least eight MEGA links which I have probable cause to believe contain child pornography based on my review of the email correspondence.

9

20.     On January 9, 2019, Raiche wrote to "Screenname 2", "Hello. I would be interesting in seeing what you have. I have a few pics to give you an idea what I have. There were all taken myself. Let me know what you think [*sic*]" Three child pornography images depicting two children were attached to this email.  I recognized one of the children as a child Raiche babysat who has previously been identified through this investigation.  Two of the images are close-up pictures of the groin and midsection of a two-year old boy.  The child's diaper is undone to expose the genitals.  The child's mother has identified the child in the course of this investigation.  The other image is of an as-yet unknown seven- to nine-year old female, nude from the waist down, with her legs spread to expose her genitals.

21.     On January 9, 2019, "Screenname 2" wrote to Raiche, "I don't do boys, and only trade with mega links"

22.     On January 9, 2019, Raiche responded to "Screenname 2", "Ok I have more of girls and I'm on mega. Haven't really figured it out how to do links though. I have more pics though. Maybe you can send me some pics of what you have or a link. Is this your email one mega?"

23.     The conversation between Raiche and "Screenname 2" continued with "Screenname 2" explaining to Raiche how to create a MEGA link and advising Raiche that "Screenname 2" would not trade links first.

24.     On January 9, 2019, Raiche emailed "Screenname 2" three MEGA links: one ending in "2ykMA", one ending in "KoxDw", and one ending in "rmpCY".  After receiving the three MEGA links from Raiche, "Screenname 2" sent Raiche one MEGA link on January 11, 2019.

25.     On February 8, 2019, Raiche responded to the "Screenname 2" email from January 11, 2019 and wrote, "very nice link. Sorry I'm still learning all of this. Here is another link. You got anymore? I'm more into younger stuff as well. The more explicit the better :) Let me know what you got :)"  Raiche provided a MEGA link ending in "XQc6g".

26.     On March 25, 2019, Raiche wrote to "Screenname 3", "Hello. I would love to see the rest of your beautiful girl, as well as anything else you got to offer. Below is a small sample of what I've got. Let me know what you think :)"  Raiche provided a MEGA link ending in "3mBZA".  After receiving the MEGA link, "Screenname 3" responded "Great Stuff!" and sent Raiche one MEGA link under the heading "Videos".

27.     On March 25, 2019, Raiche responded to "Screenname 3", "Those are very nice. Any more? Also like younger stuff as well and have tons of that. Let me know. Here is a couple more for you to enjoy :)"  Raiche provided two MEGA links: one ending in "3D9y0" and one ending in "BjcgA".

28.     On March 25, 2019, Raiche wrote to "Screenname 4", "Hello. Would love to trade. I also love young girls. My favorite is usually anywhere from baby to like 12 or

13. Here is just a sample of what I have. Included Older as well as younger. Let me know what you think. Enjoy :) [*sic*]"   Raiche provided two MEGA links: one ending in "3mBZA" and one ending in "Rm1PA".

29.     On November 12, 2019, I requested subscriber information and any public link content from the New Zealand Department of Internal Affairs (NZDIA) for the MEGA links ending in "3mBZA", "Rm1PA", and "XQc6g".  The NZDIA is the point of contact for law enforcement agencies seeking to obtain data from MEGA for users trading child abuse material.  The NZDIA responded to my request the same day and provided me subscriber information which showed that all three links were created by the user identified as "georgegray824@yahoo.com".  I know this email address to be one Raiche used to post ads on Craigslist based on records I have previously received from Craigslist which showed Raiche listed 207-313-1424 as his contact phone number in the ads.

30.     At the same time the NZDIA provided me with the subscriber information for the three MEGA links, they also provided me a link to download four zip files which contained the contents of the three MEGA links.  The four zip files are identified as: "link end 3mBZA.zip", "link end Rm1PA.zip", "link end XQc6g.zip", and "link end XQc6g.z01".  I downloaded the four zip files to a government computer at the HSI Bangor office but have not yet extracted the contents.

31.     On November 15, 2019, I requested subscriber information and any public link content from the NZDIA for the MEGA links ending in "D9y0", "jcgA", "mpCY", "ocDw", and "ykMA".  On November 17, 2019, the NZDIA responded to my request and provided me subscriber information and a link to download five zip files.  On November 18, 2019, I reviewed the subscriber information provided by the NZDIA which showed that all five links were created by the user identified as georgegray824@yahoo.com.  I also downloaded the five zip files which are identified as "link end D9y0.zip", "link end jcgA.zip", "link end mpCY.zip", "link end ocDw.zip", and "link end ykMA.zip" to a government computer at the HSI Bangor office but have not yet extracted the contents.

32.     Based on my review of the contents of Raiche's email account, I have probable cause to believe, and I do believe, that Raiche used his email account to solicit child pornography from other users, that he received child pornography from other users, and that he sent links to individuals in a manner that would induce them to believe that the links contained child pornography.  In addition, Raiche's acts of uploading child pornography to his Yahoo! and MEGA accounts caused the child pornography to be transported in interstate and foreign commerce and his sharing of child pornography via emails and links constituted the distribution or attempted distribution of child pornography.  The email correspondence between Raiche and his trading partners which accompanied the MEGA links indicates that the 9 zip files obtained from MEGA and provided to me by the NZDIA likely contain child pornography files.

13

## CONCLUSION

33.     Based on the foregoing, there is probable cause to believe that the federal

criminal statutes cited herein have been violated, and that the contraband, property,

evidence, fruits and instrumentalities of these offenses, more fully described in

Attachment B, are located within the 9 zip files described in Attachment A.  I respectfully

request that this Court issue a search warrant authorizing the search and seizure of the

items described in Attachment A for the items listed in Attachment B.

Gregory Kelly
Special Agent
Homeland Security Investigations

Sworn and subscribed before me this _21st_ day of November, 2019.

JOHN C. NIVISON
UNITED STATES MAGISTRATE JUDGE

14